ORIGINAL

FILED
FEB 18 2014
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Sheik Aaron Hunter-el

v.

The United States

No. 14- 139L

### COMPLAINT

This Court's jurisdiction is invoked pursuant to 28 U.S.C. § 1491 and payment of money is mandated pursuant to Amendment V of the federal constitution - "no person shall be deprived of property without due process of law; nor shall private property be taken for public use, without just compensation."

1. Sheik Aaron Hunter-el is indemnified from any and all court costs by the Moorish Science Temple of America, an incorporated, Native American, Tribal Governmental corporation (see Tribal Corporate Charter marked OUR AUTHORITY on the back cover);

2. Sheik Aaron Hunter-el is a Tribal officer of the One Nation of Moorish America, an incorporated, federally-recognized, Native American Tribe, organized under Sections 32 and 36 of Hurd's Revised Statutes of 1928 (see copy of national identification card, for the One Nation of Moorish America);

3. 10,105,905 Sections of land, which encompasses the entire North American continent, is the secured property of the Moorish Science Temple of America, the Tribal government corporation (see Tribal corporate charter marked OUR AUTHORITY on the back cover; and State of Illinois, Cook County Recorder of Deeds records);

4. The 10,105,905 Sections of land, is held in Illinois land trust #10105905, and plaintiff, Sheik Aaron Hunter-el, was appointed trustee according to the rules and usages of the Moorish Science Temple of America, on August 3rd, 2012 at

10:07 a.m., Doc. #1221657012 (see Tribal corporate charter marked OUR AUTHORITY on the back cover; and State of Illinois, land trust records);

5. The United States has taken this secured private property, which is filed for record, with the County recorder of deeds for world notice; without due process of law and without just compensation to Sheik Aaron Hunter-el (see Tribal corporate charter);

6. The nationality of Plaintiff, Sheik Aaron Hunter-el is Moorish-American, and I possess a secured private property interest in the North American continent in its entirety, a fee simple;

7. The accompanying document with the circle seven on the front cover is the "deed of the tribal corporation," duly sealed with the corporate seal and tribal seal, and signed by Noble Drew Ali, the Founder.

"Wherefore," Plaintiff, Sheik Aaron Hunter-el, asks for judgement against the United States in the amount of $7,000,000,000,000.00 dollars (seven trillion dollars).

_February 5th, 2014_
Date

_Sheik Aaron Hunter-el_
Sheik Aaron Hunter-el



*August 3rd, 2012*
*Sheik Aaron Hunter-El*

This is your Nationality and Identification Card for the Moorish Science Temple of America, and Birthrights for the Moorish Americans, etc. We honor all the Divine Prophets: Jesus, Mohammed, Buddah and Confucius. May the blessings of the God of our Father, Allah, be upon you that carry this card. I do hereby declare that you are a Moslem under the Divine Laws of the Holy Koran of Mecca, Love, Truth, Peace, Freedom and Justice.   "I AM A CITIZEN OF THE U.S.A."

NOBLE DREW ALI, The Prophet
Home Office: 1445 Constitution Ave. NE Washington, DC 20002