ORIGINAL

# In The United States Court of Federal Claims

No. 14-139L

(Filed: April 21, 2014)

_____

**FILED**

APR 2 1 2014

U.S. COURT OF
FEDERAL CLAIMS

SHEIK AARON HUNTER-EL, *pro se,*

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

## ORDER

_____

On February 18, 2014, plaintiff filed his complaint.  However, plaintiff did not include the requisite copies of the attachments to the complaint as required by RCFC 5.5(d) ("Plaintiff must file an original and 2 copies of the complaint . . . .").  On or before May 7, 2014, plaintiff shall file two copies of the attachments.

**IT IS SO ORDERED**.

Francis M. Allegra
Judge