ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Re: Sheik Aaron Hunter-el v. The United States
No. 14-139L
Judge Francis M. Allegra

FILED

MAY 7 2014

U.S. COURT OF
FEDERAL CLAIMS

By leave of the Judge

RESPONSE TO COURT ORDER FILED APRIL 21, 2014

Petitioner pleads RCFC 61 (Harmless Error), in response to the Court Order filed April 21, 2014. The original Complaint sent to the Court is the only copy. Petitioner requests that the court send a copy to Petitioner. Any further filings will be sent with an original and two copies.

Sincerely, Sheik Aaron Hunter-el
Sheik Aaron Hunter-el

Submitted this date, April 29, 2014

# CERTIFICATE OF SERVICE

I, Sheik Aaron Hunter-el, hereby certify that I have served a true and correct copy of the following:

Response to Court Order Filed April 21, 2014

This ACTION is deemed filed at the time it was delivered to prison authorities for forwarding, [See *Houston v. Lack*, 101 L.Ed.2d 245 (1988)], upon the defendant(s) or plaintiff(s) and/or their attorney(s) of record, by placing said MOTION/PETITION(s) in a sealed, postage prepaid envelope addressed to:

Office of the Clerk
United States Court of Federal Claims
717 Madison Place, NW
Washington, DC 20439

This LEGAL ACTION was deposited in the United States Mail at the Federal Correctional Complex-Victorville I Facility, which is located at 13777 Air Expressway Blvd., Victorville, California 92394.

I declare, under penalty of perjury, that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

EXECUTED and SIGNED on this 29 day of April, 2014.

*Sheik Aaron Hunter-el*

Petitioner/Propria Persona
Reg. No. 05634-090
FCI-Victorville I
P.O. Box 3725
Adelanto, CA 92301