ORIGINAL

# In The United States Court of Federal Claims

No. 14-139L

(Filed: May 12, 2014)

FILED
MAY 12 2014
U.S. COURT OF
FEDERAL CLAIMS

SHEIK AARON HUNTER-EL, *pro se*,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

### ORDER

On February 18, 2014, plaintiff filed his complaint. However, plaintiff did not include the required filing fee of $400.00, or an application to proceed in forma pauperis. Plaintiff also neglected to file two copies of the attachments to the complaint. On April 7, 2014, the court ordered plaintiff to submit the required filing fee, or an application to proceed in forma pauperis, by May 7, 2014. On April 21, 2014, the court ordered plaintiff to file two copies of the attachments to the complaint by May 7, 2014. Plaintiff failed to comply with either of these two orders.

Accordingly, on or before June 6, 2014, plaintiff shall file the attachments to the complaint, as well as the filing fee (or the application to proceed in forma pauperis), or this case shall be dismissed for lack of prosecution.

**IT IS SO ORDERED**.

Francis M. Allegra
Judge